```
_____ FILED  _____ LODGED
            _____ RECEIVED

         SEP 02 2011

       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILLIP ARNOLD,

             Plaintiff,

v.

LAKEWOOD POLICE DEPARTMENT, a municipal department, and ANDY HALL, in his personal and official capacities,

             Defendants.

No. 3:10-cv-05907-RBL

STIPULATION AND ORDER TO CONTINUE DEFENDANT OFFICER HALL'S MOTION FOR SUMMARY JUDGMENT

**COME NOW**, the parties hereto, by and through their respective counsel, pursuant to CR 56, and hereby stipulate to a continuance of the Note on Motion Calendar for Defendant Officer Hall's Motion for Summary Judgment in this matter currently set for Friday, September 16, 2011. The reasons for this continuance include the following: (1) attorney Jeffrey H. Sadler has a previous scheduling conflict.

/

//

SADLER LAW FIRM, P.S.
705 South 9th Street, Suite 305
Tacoma WA 98405
Telephone: 253-573-1700
Facsimile: 253-573-2848

STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 1

The parties request the motion be set on Friday, September 30, 2011, with the Plaintiff's Response brief due by the close of business on September 23, 2011.

DATED this 30 day of August, 2011.

_____  
For  
#29955  
Jeffrey H. Sadler, WSBA No. 27136  
705 South 9th Street, Suite 305  
Tacoma, WA 98405  
Attorney for Plaintiffs Ahn

_____  
Stewart A. Estes, WSBA No. 15535  
800 Fifth Avenue, Suite 4141  
Seattle WA 98104-9423  
Attorney for Defendants

## ORDER

THIS MATTER, having come before the Court, upon the stipulation of the parties, and the court having reviewed the records and files herein, it is hereby

ORDERED, ADJUDGED AND DECREED that Defendant Officer Hall's Motion for Summary Judgment shall be re-noted for Friday, September 30, 2011, with the Plaintiff's Response brief due by the close of business on September 23, 2011.

DATED this 2d day of September, 2011.

_____  
Honorable Richard B. Leighton

SADLER LAW FIRM, P.S.  
705 South 9th Street, Suite 305  
Tacoma WA 98405  
Telephone: 253-573-1700  
Facsimile: 253-573-2848

STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 2